*Quamina v. Crampsie,* 21 Civ. 1878 (PGG) (BCM)

# DEFS.' EXHIBIT A

**Defs.' Letter re: Motion to Dismiss under FRCP 12(b)(6)**

12/12/20 8:20:49 AM EST

Anaika (+13475179422)
Got it 🙏 thank u

12/12/20 10:50:48 AM EST

Anaika (+13475179422)
Hey guys got up this morning with a horrid headache and decided to go to the urgent care got tested for Covid and it's positive

12/12/20 10:51:06 AM EST

Anaika (+13475179422)


12/12/20 10:51:30 AM EST

Anaika (+13475179422)
No other symptoms but just a headache

12/12/20 10:57:54 AM EST

Omg

12/12/20 10:58:20 AM EST

Anaika (+13475179422)
I'm going crazy don't know what to do

Defs.' Ex. A at P000001

> 12/12/20 10:59:22 AM EST

**Me:** Stay home. No contact for 14 days. We all need to get tested ASAP Jason.

> 12/12/20 10:59:56 AM EST

**Anaika (+13475179422):** I am gonna get second option

> 12/12/20 11:01:01 AM EST

**Me:** And Drake is sick

> 12/12/20 11:02:09 AM EST

**Anaika (+13475179422):** And he said he had a headache too

> 12/12/20 11:13:13 AM EST

**Me:** He tested negative on Tuesday

> 12/12/20 11:14:08 AM EST

**Anaika (+13475179422):** So he's fine thank God pls take scar to get tested too and u and Jason

> 12/12/20 11:14:26 AM EST

**Anaika (+13475179422):** Because I have no symptoms but a headache

> 12/12/20 11:14:42 AM EST

**Anaika (+13475179422):** Tell Marsela

> 12/12/20 11:14:59 AM EST

**Me:** Scarlett is out w Marsala right now we will have to tell her when they come back

> 12/12/20 11:15:17 AM EST

**Anaika (+13475179422):** Ok

Defs.' Ex. A at P000002

12/12/20 11:46:10 AM EST

> What other guidance did they give you?

12/12/20 11:47:25 AM EST

Anaika (+13475179422)
Heavy dairy and eat diet and re test in 7-10days stay quarantine even though I don't have symptoms

12/12/20 11:48:11 AM EST

Anaika (+13475179422)
Tell all who I have been in contact with for the past 48hrs

12/12/20 11:50:55 AM EST

> Yeah it looks like if you haven't been in close contact w anyone that you know of that has it that they should do the other test too

12/12/20 11:51:25 AM EST

> If you don't present symptoms

12/12/20 11:51:34 AM EST



12/12/20 11:51:43 AM EST

> I'm now In a deep algorithm rathole

12/12/20 11:52:30 AM EST

Anaika (+13475179422)
I know I been crying since they email me

Defs.' Ex. A at P000003

> 12/12/20 11:53:22 AM EST

> That chart says if you are asymptomatic and you test positive w the rapid test that you should take the NAAT test because it could
> Be a false positive

> 12/12/20 11:53:47 AM EST

**Anaika (+13475179422)**
Where do I take it?

> 12/12/20 11:53:57 AM EST

**Anaika (+13475179422)**
I am so confused right now

> 12/12/20 11:54:09 AM EST

**Anaika (+13475179422)**
Could u send more info pls

> 12/12/20 11:54:25 AM EST

**Anaika (+13475179422)**
Any location near my address

> 12/12/20 11:54:35 AM EST

> Just read this article

> 12/12/20 11:54:37 AM EST

> https://www.google.com/amp/s/www.nytimes.com/2020/12/09/well/live/covid-coronavirus-testing.amp.html

> 12/12/20 11:56:54 AM EST

**Anaika (+13475179422)**
And I am asthmatic so it's just confusing

> 12/12/20 12:15:20 PM EST

> "Antigen tests also have a higher rate
> of
> false positive results
> , so a positive rapid test should be confirmed
> ."

12/12/20 12:15:48 PM EST

> So you need to get it confirmed with a lab test

12/12/20 12:15:57 PM EST

> Then you'll know for sure in 1-3 days

12/12/20 12:18:27 PM EST

> "If your doctor or local public health clinic offers rapid testing, you usually can get the result in 15 to 30 minutes. But a positive rapid result might need to be confirmed by an additional test, especially if you don't have symptoms."

12/12/20 12:19:07 PM EST

> "Testing turnaround times are improving in some cities. In New York City, for instance, you can get a P.C.R. laboratory test result in about a day. If rapid testing is available in your area, you can get the result in minutes, but rapid tests work best when taken a few times over the course of a week."

12/12/20 12:19:27 PM EST

> So my advice would be get the PCR test today too

12/12/20 12:19:34 PM EST

Anaika (+13475179422)
Ok gonna go do the PCR

12/12/20 12:19:45 PM EST

Anaika (+13475179422)
Gonna go back

12/12/20 12:20:09 PM EST

> And we will
> Keep u posted on us. The nurse is coming this afternoon to test J and me. Marcela is keeping Scarlett outside.

12/12/20 12:20:53 PM EST

Anaika (+13475179422)
Ok cool would keep u posted to I pray I alone have this and not you guys

12/12/20 12:23:06 PM EST

> Or you have a false positive! At least the CDC shortened quarantine to 7 days if you have no symptoms.

12/12/20 12:23:52 PM EST

Anaika (+13475179422)
Thanks for making me feel a little better.. is scar ok?

12/12/20 12:36:30 PM EST

> Yes

12/12/20 12:36:38 PM EST

> This is from last week in NY Times

12/12/20 12:36:39 PM EST

> A Rapid Virus Test Falters in People Without Symptoms, Study Finds A head-to-head comparison of lab and rapid coronavirus tests drew mixed reactions from experts, who raised concerns about accuracy.

12/12/20 12:36:55 PM EST

> The rapid tests without symptoms are really not accurate

12/12/20 12:39:28 PM EST

> But frankly if you're asymptomatic all tests aren't that accurate 

12/12/20 12:40:16 PM EST

> So get the pcr and you're covering all bases! Then I think stay home; get tested Wednesday again w rapid and we go from there.

12/12/20 12:49:36 PM EST

Anaika (+13475179422)
Ok cool

12/12/20 2:05:40 PM EST

> Does it hurt when they stick it up your nose?? Ahh I'm getting nervous

12/12/20 2:06:01 PM EST

Anaika (+13475179422)
Yes it's uncomfortable

Defs.' Ex. A at P000006

12/12/20 2:06:09 PM EST

> Bleh

12/12/20 2:06:11 PM EST

**Anaika (+13475179422)**
It feels weird

12/12/20 2:06:23 PM EST

**Anaika (+13475179422)**
Just hold Jason hands

12/12/20 2:34:36 PM EST

> Ok we are both negative

12/12/20 2:35:13 PM EST

**Anaika (+13475179422)**
Ok perfect I'm going to do PCR at a next place tomorrow

12/12/20 2:54:22 PM EST

> Ok the sooner the better please!

12/12/20 2:55:25 PM EST

**Anaika (+13475179422)**
Yes for sure.. they were booked up today

12/14/20 7:49:27 AM EST

> anaika hope you're still feeling ok. Let us know as soon as you have results from other test as my Aunt Lilli is currently in hospital w Covid pneumonia and i need to figure out if I can visit her or not as it will most likely be the last time and she's all alone, my Mom can't go because of her age etc. Marcela was negative thank god! Drake still has a bad cold but no temp. Scar now has slight cold but no temp and probably from Drake. Xoxo

12/14/20 8:40:48 AM EST

**Anaika (+13475179422)**
I did the test yesterday by Thursday I should have results, still no bad symptoms last night I started coughing and my chest was hurting a little

12/14/20 9:46:00 AM EST

> Ok. I'll wait til Thursday to tell Cocoon because to not have that outlet right now for Scar would be hard and none of us have symptoms or fevers.

12/14/20 9:48:15 AM EST

**Anaika (+13475179422)**
Ok no problem

12/15/20 12:27:54 PM EST

**Anaika (+13475179422)**
Test and tracing called the clinic sent my results to them I am yet to receive email from them but they said I should receive it soon tho, I am positive for Covid 19.

12/15/20 8:48:22 PM EST

**Anaika (+13475179422)**
The mere fact that no one answered to me confirming I have Covid 19 I'll take it as a disapproval and like I willful went out in the world and beg to get Covid smh.... for the past years\ year I worked my tail off before and throughout the pandemic risking everyday getting to and from work still don't know when or where I pick up Covid and dreading the day I got Covid what I'll do. Yet I kept pushing. Now to feel like I have to worry about being sick and worried about missing work and worried about having a job (Because someone is gonna be upset they have no help for a couple of days and not remember all the yes that was given) I am in no form a robot I am human and things happens and this is why it's spreading because I could of said nothing and still show up to get paid but integrity I am full of.... Yet everyone is an advocate for Black Lives Matters smh. No one would like if I don't answer to text messages it's just plain insulting.

12/17/20 12:41:28 PM EST

> Anaika we should talk after Christmas. We hope you are continuing to be asymptomatic and as healthy as mentally possible during the Quarantine. Please use this time to focus on your health.

12/22/20 9:54:25 AM EST

**Anaika (+13475179422)**
Good morning i know you said after Christmas but I have no source of income coming in seeing that I am flat down in bed from Covid and I still have five paid vocation days for the year reminding. I'll like to used them please.

12/24/20 8:30:32 AM EST

> Sorry for the delay in response. My Aunt Lilli passed away from Covid last Thursday and things have been very busy. Jason and I are fine to pay you for five days today and that would include Christmas Day as in my records I only have 3 paid days left for you. Have a nice holiday tomorrow. And we hope you are recovering. I suggest the three of us speak together Sunday regarding next steps. Thanks, Anaika.

12/24/20 9:46:21 AM EST

Anaika (+13475179422)

Sorry to hear about your aunt. I didn't use 5 days. I note and write everything down and I saved these five days with the plans of traveling for Christmas with the hopes of Covid getting better so all my days where carefully used. Christmas Day is a paid holiday.. But if you say it's three days so be it. I just need to keep afloat for the holidays. Thanks.

Defs.' Ex. A at P000009